IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
FEB 20 2018
D. MARK JONES, CLERK
BY_____ DEPUTY CLERK

| | |
|---|---|
| THORNE RESEARCH, INC. and SOFTGEL FORMULATORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> XYMOGEN, INC. <br><br> Defendant. | SPECIAL VERDICT FORM <br><br> Case No. 2:13-CV-784 TS <br><br> Judge Ted Stewart |

1. **Do you find that Xymogen has infringed any of the asserted claims of the '888 Patent?**

    _____ Yes

    __X__ No

    If you answered "yes," please indicate which claim or claims are infringed:

    Claim 1 _____

    Claim 5 _____

    If you answered "yes" to Question 1, please proceed to Question 2. If you answered "no" to Question 1, please proceed to Question 4.

2. **What is the amount of damages that will compensate Softgel for Xymogen's infringement?**

    Total dollar amount: $ _____

    Please proceed to Question 3.

3. **Was Xymogen's infringement of the '888 Patent willful?**

    _____ Yes

    _____ No

    Please proceed to Question 4.

1

4. **Is any claim of the '888 Patent invalid due to derivation?**

    __X__ Yes

    _____ No

   If you answered "yes," please state which claim or claims are invalid due to derivation:

   Claim 1 __X__

   Claim 5 __X__

   Please Proceed to Question 5.

5. **Is any claim of the '888 patent invalid because of improper inventorship?**

    __X__ Yes

    _____ No

   If you answered "yes," please state which claim or claims are invalid for improper inventorship.

   Claim 1 __X__

   Claim 5 __X__

DATED this 20 day of February, 2018.

*[signature]*

Jury Foreperson

2